

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00249-CR

**EX PARTE COBY STEWART,**
Appellant

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 486896
The Honorable Robert Behrens, Judge Presiding

## O R D E R

Before the Court is appellant's motion for extension of time to file a brief and motion to supplement the appellate record. Appellant's motion for extension of time is GRANTED. Appellant's motion to supplement the record is DENIED as moot.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk